**STATE of Missouri, Respondent,**

v.

**Raul R. SANABRIA, Appellant.**

**No. WD 49569.**

Missouri Court of Appeals,
Western District.

Sept. 12, 1995.

James C. Cox, Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM:

Raul Sanabria appeals from the trial court's judgment finding him guilty of one count of burglary in the second degree, in violation of § 569.170, RSMo 1994.[1] Sanabria was sentenced as a prior offender to five years imprisonment.

Judgment is affirmed. Rule 30.25(b).

---

1. All statutory references are to RSMo 1994, unless otherwise indicated.